IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHASE MCCLURE, *et al.*, | § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. H-13-1826 |
| U.S. BANK NATIONAL ASSOCIATION, | § § | |
| Defendant. | § § | |

## ORDER

The plaintiffs' Motion for an Expedited Hearing on the Motion to Remand is denied in part and granted in part. A hearing is set for **August 5, 2013**, at 8:30 a.m. in Courtroom 11-B.

SIGNED on July 9, 2013, at Houston, Texas.

                                                                    _____
                                                                              Lee H. Rosenthal
                                                                         United States District Judge